**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| **AMY LAUREN MASSEY** | : | NO:  **16-70798** jtl |
| | : | |
| | : | CHAPTER 13 PROCEEDING |
| Debtor(s) | : | |

**NOTICE OF REJECTION OF APPOINTMENT
AS CHAPTER 7 TRUSTEE DUE TO CONFLICT OF INTEREST**

1.

The above-captioned case has been filed the undersigned member of the Chapter 7 Panel of Trustees or by an attorney within their firm.  Consequently, the undersigned is not eligible to act as Chapter 7 Trustee in this case.

2.

If the undersigned is in the rotation for appointment of cases and would otherwise be assigned as Chapter 7 Trustee in this case, he hereby declines the appointment.

WHEREFORE, THE UNITED STATES TRUSTEE IS REQUESTED TO ASSIGN THIS CASE TO A CHAPTER 7 TRUSTEE OTHER THAN THE UNDERSIGNED.

/s/ Walter W. Kelley_____
**WALTER W. KELLEY**
Chapter 7 Trustee
Post Office Box 70879
Albany, Georgia  31708
(229) 888-9128

**CERTIFICATE OF SERVICE**

I certify that a copy of this Notice of Rejection has been served upon Elizabeth Hardy, Assistant United States Trustee through the court's electronic filing system.

This, the 2nd day of November, 2016.

/s/ Walter W. Kelley_____
**WALTER W. KELLEY**